CRABTREE et al. v. BYRNE et al.

(Circuit Court of Apeals, Eighth Circuit. February 20, 1893.)

No. 185.

In Error to the United States Court in the Indian Territory.

Action by William F. Crabtree, national tax collector of the Creek nation of Indians, and said nation, against P. J. Byrne and R. J. Gentry, executors, substituted for A. A. Engart, deceased, to recover the amount of a tax imposed by the laws of the nation. Judgment for defendants sustaining a demurrer to the complaint and dismissing the action. Affirmed.

George E. Nelson, for plaintiffs in error.
N. B. Maxey, for defendants in error.

Before CALDWELL and SANBORN, Circuit Judges, and THAYER, District Judge.

SANBORN, Circuit Judge. The facts and questions in this case are the same as in No. 184, (Crabtree v. Madden, 54 Fed. Rep. 426.) For the reasons stated in the opinion in that case the motion to dismiss the writ of error is denied and the judgment below is affirmed, with costs.